AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

**UNITED STATES DISTRICT COURT**
____Eastern____ District of ____California____

JUDGMENT

UNITED STATES OF AMERICA

V.

Case Number: 6:06-mj-00141-WMW

Jacinto Varela III

Stephen Betz, A.F.D.
Defendant's Attorney

*THE DEFENDANT:*

[X]   Pleaded guilty to counts TWO, THREE and FIVE                                          .

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23(a)2 | DUI>.08% | Two | July 28, 2006 |
| 18 USC13/CPC 273(a) | Child Endangerment | Three | July 28, 2006 |
| 36 CFR 4.12 | Traffic Control Device | Five | July 28, 2006 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
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

February 20, 2007
*Date of Imposition of Sentence*

*Defendant's mailing address:*

*[signature]*
*Signature of Judicial Officer*

Whittier, CA 90602

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Defendant's residence address:*

Date:

Whittier, CA 90602

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page* 2 of 2

*Defendant:* Jacinto Varlea III
*Case Number:* 6:06-mj-00141-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

        18 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:*

*1. Serve 6 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 6:00 p.m. on April 27, 2007. The Court recommends that the defendant be placed in facility near Whittier, CA. Court also recommends that defendant serve time on weekends.*

*2. The defendant shall pay a fine of $2290 and a penalty assessment of $30 for a total of $2320. Payment shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322 within 6 months.*

*3. The defendant shall attend a DMV approved DUI program and Parenting Program. Proof to be forwarded to The Clerk's Office in Yosemite National Park, P.O. Box 575 Yosemite, CA 95389.*

*4. The defendant shall not drive a vehicle unless the vehicle is properly insured and registered.*

*5. The defendant shall no drive a vehicle with out a valid driver's license.*