1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   STEPHEN BETZ, Bar #234510
    Staff Attorney
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JACINTO VARELA III

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO.  6:06-mj-0141 WMW
                                       )
12              Plaintiff,             )   DEFENDANT'S MOTION TO EXTEND
                                       )   SURRENDER DATE; DECLARATION OF
13       v.                            )   COUNSEL; AND  ORDER.
                                       )
14  JACINTO VARELA III,                )
                                       )   Judge: Hon. William M. Wunderlich
15              Defendant.             )
                                       )
16  _____  )

17

18       On or about February 20, 2007, Defendant, Jacinto Varela III, via a written plea agreement,

19  entered pleas of guilty to 36 C.F.R. §4.23(a)(2), 36 C.F.R. § 4.12, and 18 U.S.C. § 13/ CPC 273a(a).  The

20  Honorable William M. Wunderlich pronounced sentence on the same date.  Mr. Varela III was sentenced

21  to eight days in custody with credit for two days already served, eighteen months of unsupervised

22  probation, and was ordered to pay fines totaling $2,320.  The court authorized Mr. Varela III to serve his

23  jail time on weekends with his surrender date commencing April 27, 2007.

24       Mr. Varela III has since contacted counsel and informed counsel that he has custody of his

25  children on April 27, 2007, has no form of child care for them while he would be in custody, and has is

26  therefore

27  ///

28  ///

1   ///

2   requesting that his surrender date be changed.  Mr. Varela III is requesting that his surrender date be

3   changed from April 27, 2007 to May 11, 2007.

4   Dated:  April 12, 2007

5

6                                                Respectfully submitted,

7                                                DANIEL J. BRODERICK
                                                 Federal Defender

8                                                /s/  Stephen Betz
                                                 STEPHEN BETZ
9                                                Staff Attorney
                                                 Attorney for Defendant
10                                               JACINTO VARELA III

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF COUNSEL

1.  I am an attorney admitted to practice before this court and am currently employed as a Staff Attorney with the Office of the Federal Public Defender.

2.  I became attorney of record for the Jacinto Varela III, defendant in the above entitled matter, on or about October 3, 2006.

3.  On or about February 20, 2007, I appeared in the Eastern District of California Yosemite Branch Court for Mr. Varela III and submitted a written plea agreement on his behalf.

4.  On or about February 20, 2007, Mr. Varela III was sentenced to serve eight days in jail with credit for two days already served.  In addition, the Court authorized Mr. Varela III to serve his remaining six days in custody on weekends commencing April 27, 2007.

5.  On or about April 9, 2007, I received a telephone call from Jacinto Varella III.

6.  During this telephone conversation Mr. Varela III indicated to me that he had visitation with his children on April 27, 2007, and had no child care available to him while his children were visiting him.

7.  As a result Mr. Varela requested that his surrender date be postponed.

8.  On or about April 9, 2007, I received a telephone message from Mr. Varela III requesting that his surrender date be postponed from April 27, 2007 to May 11, 2007.


Signed under penalty of perjury this 12th day of April 2007, at Fresno, California.


                                          /s/ Stephen Betz
                                          STEPHEN BETZ
                                          STAFF ATTORNEY

1

2                                    **O R D E R**

3

4          **IT IS SO ORDERED**.  The Court hereby orders that the surrender date, previously set for Jacinto

5   Varela III, of April 27, 2007 be vacated.  Mr. Varela III is hereby ordered to surrender to the United States

6   Marshals Service in Fresno, California or at a facility designated by the Bureau of Prisons and/or the

7   United States Marshal's Service on May 11, 2007.  All other orders and recommendations regarding Mr.

8   Varela III's sentence remain in full force and effect.

9

10          Dated: April_____, 2007

11

12                                                    _____

13                                                    Honorable William M. Wunderlich
                                                       United States Magistrate Judge
14                                                    Eastern District of California

15   IT IS SO ORDERED.

16   **Dated:   April 16, 2007**              _____/s/  William M. Wunderlich_____
                                                       UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

Varela III motion to extend surrender date          – 4 –