1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  STEPHEN BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JACINTO VARELA III

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NO.  6:06-mj-0141 WMW
                                      )
12 |         *Plaintiff,*             ) DEFENDANT'S MOTION TO EXTEND
                                      ) SURRENDER DATE; DECLARATION OF
13 |    v.                            ) COUNSEL; AND [PROPOSED] ORDER.
                                      )
14 | JACINTO VARELA III,              )
                                      ) Judge: Hon. William M. Wunderlich
15 |         *Defendant.*             )
                                      )
16 |_____    )

17

18                           **O R D E R**

19        **IT IS SO ORDERED**.  The Court hereby orders that the surrender date, previously set for Jacinto

20 Varela III, of May 11, 2007 be vacated.  Mr. Varela III is hereby ordered to surrender to the United States

21 Marshals Service in Fresno, California or at a facility designated by the Bureau of Prisons and/or the United

22 States Marshal's Service on June 15, 2007.  All other orders and recommendations regarding Mr. Varela III's

23 sentence remain in full force and effect.

24        IT IS SO ORDERED.

25 **Dated:**   May 10, 2007                     /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28