ELIZABETH WALDOW
LEGAL OFFICER
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:06-mj-0141-WMW |
| Plaintiff, | ) | RESPONSE TO DEFENDANT'S MOTION TO EXTEND SURRENDER DATE; DECLARATION OF NATIONAL PARK SERVICE OFFICER |
| JACINTO VARELA III, | ) | Date: June 28, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate Judge: Hon. William M. Wunderlich |

The United States Government States Government, through its representative Elizabeth Waldow, respectfully requests that Defendant Jacinto Varela III, request to extend his surrender date be denied.  The defendant was convicted on or about February 20, 2007, of Driving while Under the Influence of Alcohol with a Blood Alcohol Level of .08% or greater, Child Endangerment, and Failing to Stop at a Stop Sign. In addition to fines the Defendant was sentenced to eight days in custody with credit for two days served and given a surrender date of April 20, 2007.  The Defendant did not report for custody on

1

that date and since then has been given dates of May 11, 2007, and June 15, 2007, to report for custody.  The precise reasons for the Defendant's failure to report are in dispute.

On June 27, 2007, Federal Defense Counsel Steve Betz, attorney for the Defendant, contacted the Yosemite National Park legal officer and requested an extension on the Defendant's surrender date from June 29th, 2007, until August 17, 2007.  Attorney Betz states in his declaration that the Defendant had advised him that he was currently going through a divorce with his wife; that his wife had left and he had sole care of the children. Further, Mr. Betz states that Mr. Varela had told him that he was unable to obtain childcare for the weekend of June 29, 2007, since his girlfriend was not willing to watch his children and his wife was in Mexico and her whereabouts were unknown. Based on the difficulty in obtaining childcare for his children Mr. Varela is requesting a continuance of his surrender date until August, 2007.

Between 4:00 to 4:30 p.m. on June 27, 2007, I telephoned Mrs. Blanca Varela.  Mrs. Varela had represented herself to me as the mother of Mr. Varela's children.  I telephoned Mrs. Varela at the cell phone number that she had provided to me during February, 2007.  Mrs. Varela stated to me that she had regular contact with her husband and had planned on picking up their daughter from him on Thursday, 6/28/07, since it was the daughter's birthday.  Further, she stated that she had planned on being out of town over the weekend but if it would facilitate her husband going to jail she could find a way to change her plans or help obtain other childcare for their

2

children.  Mrs. Varela stated that Mr. Varela's mother is often available to help with childcare and is located in close proximity to Mr. Varela. With Mrs. Varela's permission I then contacted Attorney Betz and left the cell telephone number that she could be reached at.

The government respectfully requests that Jacinto Varela's request for an extension on his surrender date be denied.

Respectfully submitted,

Dated:   June 27, 2007 ,         /s/Elizabeth Waldow
                                 Elizabeth Waldow, Legal Officer
                                 National Park Service

**ORDER**

IT IS SO ORDERED.

**Dated:   June 29, 2007**          **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE

3